Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock TX 79424
(806) 748-1980 Phone
(806) 748-1956 Fax

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

WAYNE NEILAN ANDERSON

CASE NO.:   10-10392-RLJ-13

DATED:   November 27, 2013

DEBTOR(S)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment and provides to the creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Final Cure Amount**

| Creditor Name | Last 4 of Acct# | Claim Asserted | Claim Allowed | Amount Paid P and I |
|---|---|---|---|---|
| COLONIAL SAVINGS | | | | |
|    HOME ARREARS THRU 11-2010 | 8114 | $697.65 | $697.65 | $800.44 |
| COLONIAL SAVINGS | | | | |
|    DIRECT PMTS BEGIN 12-2010 | 8114 | $20,882.45 | $20,882.45 | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid: _____ Through the Chapter 13 Trustee Conduit      __X__ Direct by the Debtor(s)

Within 21 days of service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), Debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistant with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE OF FINAL CURE PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on November 27, 2013.

WAYNE NEILAN ANDERSON PO BOX 2601  ABILENE TX 79604
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE PO BOX 2128 WICHITA FALLS TX 76307
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
COLONIAL SAVINGS AKA CREDIT UNION OF TEXAS 4336 PABLO OAKS CT JACKSONVILLE FL 32224
SARAH F BERRY LIPPINCOTT PHELAN VEIDT PLLC 700 LAVACA STREET  SUITE 1030 AUSTIN TX 78701

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee